JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 638 -- In re Santa Fe International Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/02/27 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS AND CERT. OF SERVICE -- deft. Darius N. Keaton -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK, SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/03/08 | | APPEARANCES -- DONALD E. SCHLOTZ, ESQ. for William A. Charles, et al.; STEVEN J. TOLL, ESQ. for Richard James French, et al; RONALD H. ALENSTEIN, ESQ. for Darius N. Keaton; JAMES D. ST. CLAIRE, P.C. for Abdul Rahman Mannai, Parkmount Properties, INC. N.V., Parkmount Holdings, Inc., Parkmount Hospitality Corp. and Peter G. Rodenko; HOWARD G. KRISTOL, ESQ. for Faisal Al Massoud Al Fuhaid.    (ds) |
| 85/03/12 | | APPEARANCES -- MITCHELL SNITKO, PRO SE and SHARON W. LINDSAY, ESQ. for Morgan Guaranty Trust Co.    (ds) |
| 85/03/14 | 2 | RESPONSE -- Faisal Al Massoud Al Fuhaid w/cert. of svc.   (ds) |
| 85/03/15 | 3 | RESPONSE -- Parkmount Properties, Inc., Parkmount Holdings, Parkmount Hospitality, peter G. Rodenko and A.R. Mannai w/cert. of svc.   (ds) |
| 85/03/15 | 4 | MEMORANDUM -- William A. Charles, et al. w/cert. of svc.   (ds) |
| 85/03/15 | 5 | RESPONSE -- William A. Charles, et al. w/cert. of svc. and Exhibits 1 thru 10   (ds) |
| 85/03/21 | 6 | REQUEST FOR EXTENSION OF TIME -- Darius N. Keaton. GRANTED to and including March 25, 1985 to file Reply.   (ds) |
| 85/03/25 | 7 | RESPONSE/MEMORANDUM -- deft. Darius N. Keaton w/exhibits A thru C and cert. of svc.   (ds) |
| 85/04/04 | 8 | MEMORANDUM (responding to pldg. 4) -- pltf. Richard James French, et al. -- w/cert. of svc. (emh) |
| 85/04/11 | | HEARING ORDER -- Setting motion for transfer of A-1 for Panel hearing on May 16, 1985 in Wash., D.C.   (ds) |
| 85/04/25 | 9 | SUPPLEMENTAL BRIEF -- Faisal Al Massoud Al Fuhaid -- w/cert. of svc. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 638 -- In re Santa Fe International Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/05/13 | 10 | SUPPLEMENTAL BRIEF -- Plft. William A. Charles -- w/cert. of svc. (rh) |
| 85/05/16 | | WAIVERS OF ORAL ARGUMENT: ALL WAIVED (cds) |
| 85/05/21 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks, counsel and misc. recipients (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 638 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Santa Fe International Corporation Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 5/16/85 | 5/21/85 | MO (Denied) | | | | |

Special Transferee Information

DATE CLOSED: 5/21/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __638__ -- __In re Santa Fe International Corporation Securities Litigation__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William A. Charles, et al. v. Darius N. Keaton, et al. | N.D.Cal. Orrick | C84-6320(WHO) | | | | |
| A-2 | Richard James French, et al. v. Darius N. Keaton, et al. | S.D.N.Y. Carter | 84Civ.6811 | | | | |
| A-3 | Richard James French, et al. v. Faisal Al Massoud Al Fuhaid, et al. | S.D.N.Y. Carter | 84Civ.1745 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 638 -- In re Santa Fe International Corporation Securities Litigation

Revised 3/12/85

---

WILLIAM A. CHARLES, ET AL. (A-1)
Donald E. Schlotz, Esquire
Armour, St. John, Wilcox,
  Goodin & Schlotz
505 Sansome Street
San Francisco, California 94111

RICHARD JAMES FRENCH, ET AL. (A-2 & A-3)
Steven J. Toll, Esquire
Kohn, Milstein, Cohen * Hausfeld
1401 New York Avenue, N.W.
Suite 600
Washington, D.C. 20005

DARIUS N. KEATON
Ronald H. Alenstein, Esquire
Shea & Gould
330 Madison Avenue
New York, New York 10017

ABDUL RAHMAN MANNAI
PARKMOUNT PROPERTIES, INC. N.V.
PARKMOUNT HOLDINGS, INC.
PARKMOUNT HOSPITALITY CORPORATION
PETER G. RODENKO
James D. St. Clair, P.C.
Hale and Dorr
60 State Street
Boston, Massachusetts 02109

FAISAL AL MASSOUD AL FUHAID
Howard G. Kristol, Esquire
Reboul, MacMurray, Hewitt,
  Maynard & Kristol
45 Rockefeller Plaza
New York, New York 10111

MERRILL, LYNCH, PIERCE, FENNER
  & SMITH, INC.
Peter Brown Dolan, P.C.
Overton, Lyman & Prince
550 South Flower Street
Sixth Floor
Los Angeles, California 90071

RICHARD A. HARRISON
Marc P. Fiarman, Esquire
Morrison & Foerster
One Market Plaza
Spear Street Tower
San Francisco, California 94105

DAVID G. EARTHY
MRS. DAVID G. EARTHY
NORMAN E. WALKER
DOUGLAS P. KLASSEN
DENNIS LUNNEY
Jerry J. Siegel, Esquire
Coudert Brothers
200 Park Avenue - 13th Floor
New York, New York 10166

No Appearance Received for defts. below:

COSTANDI NASRI NASSER
White Building
Rue Madame Curie
Beirut, Lebanon

JOHN SMIT
114 Eaton Square
London SW1, England

SWISS AMERICAN SECURITIES, INC.
100 Wall Street
New York, New York

---

THE CHASE MANHATTAN BANK
1 Chase Manhattan Plaza
New York, New York

TIMOTHY SNITKO
579 Circulo Lazo
Anaheim, California 92807

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 638 -- _____

| | |
|---|---|
| No app. rec'd<br>MITCHELL SNITKO<br>2458 Third Street<br>Fort Lee, New Jersey 07024<br><br>Unable to determine counsel or address for defts. listed below:<br><br>INTERNATIONAL RESOURCES<br>FINANCIAL BANK<br>H.R.H. McCULLOCH<br>SHEIK KHALID BIN HAMAD AL THANI<br>ROCHANAL FOUNDATION<br>SONAWEL ANSTALT<br>JIEIES Y. ZASSIS AND RIMA QUASSIS<br>ESSA MOUSA<br><br>DREXEL, BURNHAM LAMBERT, INC.<br><br>L.T. SWAIDI<br>John Horan, Esquire<br>Fox, Glynn & Melamed<br>1 Broadway<br>New York, New York | MORGAN GUARANTY TRUST CO.<br>Sharon W. Lindsay, Esquire<br>23 Wall Street<br>New York, New York 10015 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 638 -- In re Santa Fe International Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Darius N. Keaton | A-1, A-2 |
| Faisal Al Massoud Al Fuhaid | A-1 A-3 |
| Parkmount Properties, Inc. | A-1 |
| Parkmount Holdings | A-1 |
| Parkmount Hospitality | A-1 |
| David G. Earthy and Mrs. David Earthy | A-1 A-2 |
| Norman Walker | A1 A-2 |
| Dennis Lunney | A1 A-2 |
| Douglas P. Klassen | A1 A-2 |
|  |  |
| Costandi Nasri Nasser | A1, A-2 |

p. 2

| | | |
|---|---|---|
| ✗ | International Resources | A-1 |
| ✗ | Financial Bank | A-1 |
| | | |
| ✓ | H.R.H. McCulloch | A-1 A-2 |
| | Abdul Rahman Mannai | A-1 A-2 |
| ✓ | Sheik Khalid Bin Hamad Al Thani | A-1 A-2 |
| | Rochanal Foundation | A-1 A-2 |
| | Sonawel Anstalt | A-1 A-2 |
| | Peter G. Rodenko | A-1 |
| | John Smit | A-1 A-2 |
| | Richard Harrison | A-1 A-2 |

JPML FORM 3

p. *3*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 638 -- In re Santa Fe International Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Jiries Y. Qassis and Rima Qassis | A-1 |
| Essa Mousa | A-1 |
|  |  |
| L.T. Swaidi | A-2 |
| ~~Credit Suisse~~ SEC |  |
| Swiss American Securities, Inc. | A-3 |
| ~~Citibank~~ SEC |  |
| ~~Lombard, Odier & Cie~~ SEC |  |
| Morgan Guaranty Trust Co. of New York | A-3 |
| ~~Swiss Bank Corp.~~ SEC |  |
| Drexel, Burnham Lambert, Inc. | A-3 |

p. 4

| | |
|---|---|
| The Chase Manhattan Bank | A-3 |
| ~~Moseley, Hallgarten,~~ SEC ~~Estabrook & Weeden, Inc.~~ | |
| ~~Stanley B. McDonald~~ | A-3 |
| ~~Gary L. Martin~~ | A-3 |
| ~~Ronald A. Feole~~ | A-3 |
| ~~Jacqueline Feole~~ | A-3 |
| Tim Snitko | A-3 |
| ~~James H. Randolph, Jr.~~ | A-3 |
| ~~Charles Blackard~~ | A-3 |
| ~~George Willard Minor~~ | A-3 |
| Mitchell Snitko | A-3 |